# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FORESIGHT ENERGY, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ACE AMERICAN INSURANCE CO., et al., ) <br> ) <br> Defendants. ) | Case No. 4:22-CV-00887 JAR |

## ORDER

Upon receipt of the parties' Stipulation of Dismissal with respect to Plaintiff's claims against the non-arbitration defendants (Doc. 116),

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants ACE American Insurance Company, Certain Underwriters at Lloyd's London Subscribing to Policy No. B0702PN301440o, Certain Underwriters at Lloyd's London Subscribing to Policy No. B0702PN301500o, Certain Underwriters at Lloyd's London Subscribing to Policy No. B0702PN306460o, Houston Specialty Insurance Company, RSUI Indemnity Company, Arch Reinsurance Ltd., Argo Re Ltd., Allied World Assurance Company AG, Markel Bermuda Ltd., and Oil Casualty Insurance Ltd. are **DISMISSED with prejudice**, each party bearing its own costs.

**IT IS FURTHER ORDERED** that the case is **STAYED** and administratively **CLOSED** with respect to the remaining Defendants pending the conclusion of arbitration proceedings.

**IT IS FURTHER ORDERED** that Plaintiff shall file a status report every six months from the date of this order advising the Court of the status of arbitration proceedings.

Dated this January 22, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE